**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF ST. BERNARD** | * | **CIVIL ACTION: 2:18-cv-05222** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **ATLANTIC RICHFIELD COMPANY, ET AL.** | * | **MAGISTRATE ROBY** |
| | * | |

**************************************

**UNOPPOSED MOTION TO RE-OPEN CASE AND FOR ORDER ADOPTING STIPULATED BRIEFING SCHEDULE**

COMES NOW, plaintiff, the Parish of St. Bernard; plaintiff-intervenor, the State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris; and plaintiff-intervenor, the State of Louisiana ex rel. Jeff Landry, Attorney General, to move the court as follows:

1.

This is one of thirty cases filed by Jefferson, Plaquemines, St. Bernard, and St. John Parishes under the Louisiana's State and Local Coastal Resources Management Act of 1978, La. R.S. 49:214.21, *et seq*. Except for *Plaquemines Parish v. Riverwood Production Company, Inc.*, *et al.*, 2:18-cv-05217, twenty-nine of these cases were administratively closed pending the outcome of *Riverwood.* The jurisdictional issues addressed by Judge Feldman in *Plaquemines Parish v. Riverwood Production Co.* have now been ruled upon by the Fifth Circuit. The Fifth Circuit in *Plaquemines Parish, et al. v. Chevron U.S.A.*, *et al.*, No. 22-30055 (5th Cir.) has: (1) affirmed Judge Feldman's ruling granting remand (Doc. 00516510840); (2) denied Defendants' petitions for rehearing and for rehearing *en banc* (Doc. 00516559393); and (3) denied Defendants' motion to stay the issuance of the mandate (Doc. 00516570509). The mandate was issued on 12/15/2022.

2.

The parties agree that this case should be administratively re-opened.

3.

The motions for remand filed by plaintiff, the Parish of St. Bernard; plaintiff-intervenor, the State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris; and plaintiff-intervenor, the State of Louisiana ex rel. Jeff Landry, Attorney General, were pending when this case was administratively closed. The parties have agreed to the following briefing schedule for the determination of these motions for remand:

1. Plaintiffs and Intervenors are granted leave to file a joint motion and memorandum re-urging their motions for remand on or before January 4, 2023.
2. Defendants have until January 17, 2023 to file memoranda opposing remand. Any response by Plaintiffs or Intervenors to Defendants' opposition to remand must be filed on or before January 27, 2023.
3. Defendants reserve the right to file replies to the responses of Plaintiffs and intervenors on or before 7 days from receipt of Plaintiffs' responses.

The parties have agreed to inform the court as to the date the motions for remand are submitted for decision under the forgoing briefing schedule.

WHEREFORE, Plaintiffs and Intervenors move the court for an order: (1) reopening this case; (2) adopting the forgoing briefing schedule; and (3) granting leave to movers to file a joint motion and memorandum re-urging their motions for remand.

*By Attorneys for Plaintiff, the Parish of St. Bernard and State of Louisiana, ex rel. Parish of Plaquemines:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991; Fax: (225) 448-2568

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000; Fax: (504) 394-9110

W. Peter Connick (14158)
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777; Fax: (504) 838-9903

Michael C. Ginart, Jr. (18910)
Joyce D. Young (25037)
Nicholas N.S. Cusimano (357733)
GINART & ASSOCIATES
2114 Paris Road
Chalmette, LA 70043
Telephone: (504) 271-0471; Fax: (504) 271-6293

By: *<u>/s/Victor L. Marcello (9252)</u>*

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris:*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804

By: */s/ Donald W. Price (19452)*

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, ex rel. Jeff Landry, Attorney General:*

Ryan M. Seidemann, (28991)
Wilbur L. Stiles, III, (27654)
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085; Fax: (225) 326-6099

By: */s/ Ryan M. Seidemann (22294)*