**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF ST. BERNARD** | * | |
| | * | **CASE NO.: 18-5222** |
| | * | |
| **VS.** | * | **JUDGE BARBIER** |
| | * | |
| **ATLANTIC RICHFIELD COMPANY, ET AL.** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| | * | |
| * * * * * * * | * | |

**<u>*EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD</u>**

Cox Operating, L.L.C. ("Cox Operating"), through undersigned counsel, moves this Court for an Order allowing Lauren Brink Adams (La. Bar Roll No. 37052), counsel at Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., to enroll as additional counsel of record for Cox Operating.

WHEREFORE, Cox Operating, L.L.C. prays that this motion be granted and that an order be entered enrolling Lauren Brink Adams (La. Bar Roll No. 37052) as additional counsel of record for Cox Operating, L.L.C.

Respectfully Submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY: *\/s/ Adam B. Zuckerman*
Nancy Scott Degan (La. Bar. No. 1819)
Adam B. Zuckerman (La Bar No. 25943)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: ndegan@bakerdonelson.com
azuckerman@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, COX OPERATING, L.L.C.**